Plaintiffs' Exhibit 1

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

2012CRWSLD 00329

TO: THE CHIEF OF POLICE OR ANY OTHER AUTHORIZED MEMBER OF THE METROPOLITAN POLICE DEPARTMENT.
(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by Ofc Wright, John #2907 5d VICE Office that he has probable cause to believe that on the (person) (premises) (vehicle) (object) known as 2400 THIRD STREET NORTHEAST, WASHINGTON, D.C. THIS PREMISES IS DESCRIBED AS A SINGLE FAMILY TWO STORY BRICK HOME WITH A CONCRETE PORCH IN THE FRONT. THE NUMBERS "2400" ARE AFFIXED TO THE FRONT OF THE LOCATION ABOVE THE IRON SECUIRTY GATE.

in the District of Columbia, there is now being concealed certain property, Ammunition, Holsters, Targets, Gun Cleaning kits, Other Firearms, Notes, Ledgers, Documentation and other Papers Relating to the Ordering, Sales, Servicing, and use of their Firearms and Other Items Related to Illegal Possession of Firearms.

which is A violation of D.C Code and as I am satisified
(Alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated (person) (premises) (vehicle) (object) and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in the daytime/at any time of the day or night, the designated (person) (premises) (vehicle) (object) for the property specified and if the property be found there.

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE an inventory of the property seized, to leave a copy of this warrant and return to file, a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this 27th day of October, 20 12

[signature]
Judge, Superior Court of the District of Columbia

## RETURN

I received the above detailed warrant on October 27, 20 12 and have executed it as follows:
On October 27, 20 12, at 2020 M., I searched the ~~(person)~~ (premises) ~~(vehicles) (object)~~ described in the warrant and I left a copy of the warrant and return with Ella Lane properly posted.
(Name of person searched or owner, occupant, custodian or person present at place of search)

2012 NOV - 1 SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CRIMINAL DIVISION

The following is an inventory of the property taken pursuant to this warrant:

mail matter
zips

Entry: 2020
Exit: 2050
CCN: 152225

This inventory was made in the presence of Lt Hasdder, Sgt. Paul, Officer Wright, Skalubey, Hoffman & Wildey

I swear that this is a true and detailed account of all property taken by me under this warrant.

10/31/12, Wright, T
Executing Officer

Subscribed and sworn to before me this 31st day of October, 20 12

[signature]
Judge, Superior Court of the District of Columbia

Form CD(17)-1055 / Mar. 89
9-2794 wd-234

# METROPOLITAN POLICE
## Washington D.C.

**AFFIDAVIT IN SUPPORT OF A D.C. SUPERIOR COURT SEARCH WARRANT**

SEARCH WARRANT FOR THE ENTIRE PREMISES OF: 2400 THIRD STREET NORTHEAST, WASHINGTON, D.C. THIS PREMISES IS DESCRIBED AS A SINGLE FAMILY TWO STORY BRICK HOME WITH A CONCRETE PORCH IN THE FRONT. THE NUMBERS "2400" ARE AFFIXED TO THE FRONT OF THE LOCATION ABOVE THE IRON SECUIRTY GATE.

I, John Wright, an Officer with the Metropolitan Police Department (MPD), Fifth District VICE Unit, Washington, D.C., (hereinafter referred to as your affiant) being duly sworn, depose and state as follows:

1. Your affiant is a sworn member of the Metropolitan Police Department and is currently assigned to the 5th District VICE Unit. During my tenure as a police officer I have been involved in numerous arrests for narcotics, guns, and other violations of the law. I have been the affiant and participated in numerous search warrants in which arrests were made and guns, narcotics and money were recovered.

2. On October 27, 2012, Your Affiant (referred to below as Ofc. Wright) reports the following events occurred within Washington, DC:

While on patrol as VICE 30 Officer Wright (driver) and Lieutenant Haselden (passenger) were operating an unmarked white Chevrolet Impala, while wearing plain clothes in PSA 502. Ofc. Wright was wearing external ballistic tactical vests with POLICE clearly emblazoned on both the front and the rear and the Lieutenant was wearing a purple shirt as his outermost garment.

Ofc. Wright was driving west in the 300 B/O Bryant St NE and reached the corner of 3rd and Bryant St NE. He observed a group of three males seated immediately on the steps in front of 2400 3rd St NE, outside of the fence line.

Seated at the top right of the steps was Mr. Darrell Alphonzo Boatwright (not wearing a jacket), in front of him seated on the steps was Mr. Benjamin Jerald Crutchfield (wearing a jacket) and seated on the steps to the left of him was Mr. Terrance Tyree Crossland Jr (wearing a jacket).

Ofc. Wright observed a white hand rolled cigar in from Mr. Crutchfield's *left hand*, which he believed to be a hand rolled marijuana cigar. Ofc. Wright navigated the Impala through the intersection and pulled in front of 2400 3rd St NE (facing north). Ofc. Wright

now observed a white Styrofoam cup next to Mr. Boatwright's left foot, which he knows is often used to by people when they drink alcohol.

Ofc. Wright asked from the vehicle, does anyone live here? Mr. Crossland said: "I do man". Ofc. Wright and Lt. Haselden exited the vehicle and Ofc. Wright asked, "does anybody have ID"? Mr. Crossland replied that he did. Ofc. Wright asked if he could see it and Mr. Crossland retrieved and handed Ofc. Wright his Washington, DC License (1717156). Ofc. Wright said can you put that out man to Mr. Crutchfield (referring to the white hand rolled cigar). Mr. Crutchfield said: "oh yeah, don't worry it's not weed, it's just "Scooby snacks" man" and put it out. Ofc. Wright and Lt. Haselden know "Scooby snacks" to be a type of (and a nickname for) synthetic marijuana.

Ofc. Wright asked for and received ID's from Mr. Boatwright and Mr. Crutchfield.

Mr. Crutchfield said: "man, why are you doing all this, this isn't even real weed". Ofc. Wright replied that he could not possibly know this from his vantage point in the vehicle, but added that he still had to investigate what he saw because it looked like a joint. He additionally added that synthetic marijuana itself is illegal. Mr. Crutchfield replied: "yeah, you right". Ofc. Wright then said: 'and plus I'm guessing that cup over there's got liquor in it too right"? Mr. Crutchfield replied: "yeah it does, you got it man".

All three individuals consented to a search of the person's which was negative for any contraband. When Mr. Crossland got up so that Ofc. Wright could search him, Ofc. Wright observed a red jacket balled up on the top step behind where Mr. Crossland was seated and to the right of where Mr. Boatwright was seated. It is important to note that all three individuals had the ability to immediately possess, control and exercise dominance over the coat, based on where they were seated.

Mr. Crossland said his friends could stay on his porch with him and hang out, so Ofc. Wright asked said ok you guys can go up to the porch then. Mr. Crossland picked up the Styrofoam cup and he and Mr. Crutchfield got up and walked into the fence line and towards the porch of 2400 3rd St NE. Mr. Boatwright at this time went to get up and turn to go as well, neglecting to pick up the red jacket that was next to him.

Ofc. Wright said to the three: "hey guys, ya'll left your jacket". The three collectively responded denying ownership of the jacket. Ofc. Wright picked the jacket up and saw a open bottle of Hennessey in the left front pocket. Ofc. Wright said: "if this isn't anyone's jacket, then I'm just gonna keep the Hennessey". Mr. Crossland said: "yeah man, it's my jacket I got it" and walked back towards Ofc. Wright. Ofc. Wright found this to be strange because he was already wearing a jacket and Mr. Boatwright was the only individual in the group to not have a jacket on. Ofc. Wright asked Mr. Boatwright to sit back down on the steps, which he did. Ofc. Wright conducted a search of the jacket due to the open bottle of Hennessey and in an effort to ascertain true ownership of the abandoned property.

Ofc. Wright unzipped the front right breast pocket and observed the handle of a semi-automatic pistol. The semi-automatic pistol appeared to be fully functional, able to be

fired with the use of single hand and with the ability to expel a projectile by way of an explosion.

He zipped the jacket pocket back up and went over the Fifth District Secure channel asking for assistance and giving the codeword for a weapon recovery. The closest unit were on the Northwest side of the district, so Ofc. Wright switched to the Fifth District Main Air and asked for additional units to respond.

VICE 11, Officers King and Skaluba, 5022 Officers Boykins and Yates and 5023 Ofc. Peterson responded to assist. Ofc. Wright informed assisting units to place Mr. Crutchfield and Mr. Crossland in handcufss, while Ofc. Wright handcuffed Mr. Boatwright. Ofc. Wright recovered the Styrofoam cup from the ground next to Mr. Crossland was now standing, and all Officers on scene smelled the contents of the cup and agreed it was alcohol, with Officers Wright, King, Yates, Boykins and Peterson all in agreement that they believed that alcohol smelled like Hennessey.

Mr. Boatwright, Mr. Crossland and Mr. Cruthfield were at this time placed under arrest for Carrying a Pistol and Possession of an Open Container of Alcohol. Mr. Crutchfield was additionally charged with UCSA Possession of Other in reference to the synthetic marijuana.

Once back at the Fifth District Station Ofc. Weston (crime scene) processed the weapon which was found to be a .25 Cal Auto Ravens Arms Model P-25, with serial #036200 with a magazine in the well of the weapon. The magazine contained five (5) cartridges (rounds of ammunition) and there was one (1) cartridge (round of ammunition) in the chamber of the weapon. Ofc. Wright conducted a WALES/NCIC check of the weapon's serial number which revealed the weapon to be report stolen (81306600) out of Prince George's County. All three individuals were additionally charged with Unregistered Firearm and Unregistered Ammunition.

Back at the Fifth District Station Mr. Boatwright was interviewed by Ofc. Wright and Lt. Haseleden where he waived his Miranda Rights. Mr. Boatwright admitted to purchasing the Hennessy, he admitted the Styrofoam cup with the liquid was his, he admitted the red jacket was his, he admitted the weapon was his. He further added the weapon was a "25" (.25 Caliber), that it was loaded with six (6) cartridges (rounds of ammunition), that it was not registered and that he found it in March.

3. At the time of initial contact, Mr. Crossland advised Ofc. Wright by word of mouth that he lives at: 2400 3rd St NE, Washington, DC. Mr. Crossland's Washington, DC Driver's License (1717156) states that he lives at: 2400 3rd St NE, Washington, DC. At the time of his arrest Mr. Crossland advised Ofc. King that he lives at 2400 3rd St NE, Washington, DC. A female identified as "Ella" came out of 2400 3rd St NE, Washington, DC and advised Officers that she lives there and so does Mr. Crossland.

4. Officers are stationed at 2400 3rd St NE, Washington, DC, securing the location so that no items can be destroyed, tampered with or removed from the location while this Warrant and Affidavit is being prepared.

5. Based on your affiant's training, experience and participation in narcotic and drug related investigations, your affiant knows that, persons involved in illegal activities maintain books, records, documentation and other papers relating to the ordering, sales and servicing of their firearms. I know that the aforementioned items are generally maintained where persons involved in criminal activity can obtain and ready access them. I also know that there people keep their firearms and ammunition inside of their homes. One reason is to keep the police from recovering the firearms and another is to protect themselves from being robbed while inside their homes by others involved in illegal activities. Ammunition in your Affiant's experience is sold in boxes, known as "Bricks" containing 50 rounds of ammunition. In your Affiant's experience, it is extremely uncommon for individual rounds of ammunition to be sold. Since many guns, including the larger assault weapon models, do not carry 50 rounds of ammunition, it is very common that individuals store their extra ammunition in their places of residence.

6. Therefore, it is respectfully requested that a Search Warrant be issued for the entire premises known as 2400 3rd St NE, Washington, DC. for the reasons set forth and for any other evidence of a crime that may be found. I have signed this document under oath as to all assertions and allegations contained herein and state that its contents are true and correct to the best of my knowledge.

Wright, S. 10/27/12

**ATTORNEY**

**AFFIANT**
John W. Wright, Officer
Metropolitan Police Department

Sworn and Subscribed to me this 27 day of October 2012.

**D.C. Superior Court Judge**