**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Ella Lane et al., )<br>)<br>Plaintiffs. )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants. )<br>) | Case No.  1:14-cv-1316 (RBW) |

## PLAINTIFFS PRELIMINARY INTERROGATORIES
## CONCERNING JOHN DOE DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 33, Plaintiffs propound this First Set of Interrogatories on each and all Defendants in the above-captioned matter.  As per Rule 33(b)(2), responses are due from each Defendant within 30 days, on January 7, 2015.  Defendants should serve their responses by electronic mail to Alec Karakatsanis at alec@equaljusticeunderlaw.org and Phil Telfeyan at ptelfeyan@equaljusticeunderlaw.org.

### DIRECTIONS

1. For purposes of interpreting or construing the scope of these requests, the terms used herein and in all further requests shall be given their most expansive and inclusive interpretation.

2. The terms "and" and "or" used in any request in the disjunctive or conjunctive shall be read as necessary to make the request more inclusive.

3. The terms "any" and "all" shall be considered to include "each and every."

4. Any singular form of any word shall be construed to include the plural and any plural form shall be read to include the singular.

5. Any past tense of a verb shall be construed to include the present tense and any present tense shall be construed to include the past tense.

6. Each interrogatory should be answered separately. Interrogatories should not be answered by referring to the answer of another interrogatory unless the answers are identical.

7. If you refuse to answer any question in whole or in part, explain the basis of your refusal to answer in sufficient detail so as to permit the Court to rule on the validity of your refusal.

8. If an interrogatory requires that you identify any document or part of a document that you intend to withhold under a claim of privilege, please provide the following as part of a privilege log:

   (a) Date;

   (b) Name and title of author(s);

   (c) State:

   i. The name and title of each person to whom it was distributed;

   ii. The number of pages of the document;

   iii. A description of subject matter;

   iv. Interrogatory and applicable subpart to which it is responsive; and

   v. The nature of the claimed privilege in sufficient detail to permit the Court to rule on the propriety of the claim of privilege.

9. If you assert that there is no responsive information to an Interrogatory, state whether the requested information is recorded and maintained.

10. Every Interrogatory must be answered by every Defendant. If any or all Defendants wish to join in the same response, please state which Defendants have joined in each response.

**DEFINITIONS**

1. The term "document" or "documents" shall mean the original and all attached or annexed materials, in addition to all drafts, and all copies thereof that are different in any way from the original or bear any relation, marking, or other information not on the original. The terms "document" and "documents" shall specifically include, but are not limited to, business records, letters, correspondence, messages, memoranda, forms, notes, work papers, spreadsheets, studies, announcements, transcripts, court filings, memoranda or records of meetings, reports, studies, desk calendars, appointment books, bulletins, notices, instruction manuals, booklets, transcripts, indexes, and any agreements. A "document" or "documents" may take the form of a written, typewritten, handwritten, printed, graphic, photographic, recorded, or electronic material, including, but not limited to, emails, instant messages, data files, Web pages, tapes, photographs, photographic films, audio recordings, video tapes, compact disks, CD-ROMs, other computer-readable records or programs, and copies and reproductions thereof, however produced or reproduced, now or at any time in your actual or constructive possession, custody or control.

2. The term "thing" means all tangible or intangible property not otherwise defined as a document.

3. The terms "individual" and "person" means any natural person, association, corporation, partnership, government (or government agency, bureau, or department), quasi-public entity, proprietorship, joint venture, trust, estate, and all other forms of legal entities.

4. The term "communication" means any writing or oral conversation, discussion, or exchange between at least two persons, including, but not limited to, telephone conversations and meetings, Internet conferences, letters, emails, instant messages, facsimiles, memoranda, reports, executive summaries, and briefings.

5. Unless otherwise specified, the term "identify", when used in reference to a person, means to state the name, title, and current or last known contact information, including daytime telephone number, mailing address, email address, and, where applicable, position(s) applied for and dates of employment.

6. The term "identify", when used in reference to a communication, means to state the time and date it occurred, the names of all participants, and a description of the information conveyed, including by and to whom this information was conveyed.

7. The term "identify", when used in reference to a document, means to state the name or title of the document, the name of the author(s) or signatory(ies), when the document was prepared, for whom it was intended, including his or her job title, and, if it is no longer in Defendant's possession or subject to Defendant's control, what happened to the document and its present location and custodian, if known.

8. The term "with regard to," "pertaining to," "regarding," "referring," "relating," "involved," or "involving" shall be construed in the broadest sense to mean any person, document or information that embodies, comprises, reflects, discusses, mentions, identifies, states, comments on, responds to, describes, analyzes, contains information concerning, or is in any way pertinent to the subject matter of the request.

9. The term "Defendant", "you", or "your", refers to each and every Defendant in this matter, as well as their consultants, agents, representatives, officers, directors, affiliates, predecessors and successors in interest, subsidiaries, assignees, employees, and attorneys.

## INTERROGATORIES

1. Please provide the names and describe the involvement of all individuals (including officers or other personnel) participating in the conduct alleged in the Complaint. This

includes all officers involved in and present during the initial stops and seizures outside the Plaintiffs' home as well as the officers participating in the planning and the execution of the search warrant and all people present on the scene when the search warrant was executed on the Plaintiffs' home at 2400 3rd Street NE on October 27, 2012 (2012-CRW-3299).

    Respectfully submitted,

    */s/ Alec Karakatsanis*_____
    Alec Karakatsanis (D.C. Bar No. 999294)
    Phil Telfeyan
    Equal Justice Under Law
    916 G Street NW #701
    Washington, D.C. 20001
    (202) 681-2409
    alec@equaljusticeunderlaw.org
    ptelfeyan@equaljusticeunderlaw.org
    *Attorneys for the Plaintiffs*