**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Ella Lane et al.,                )<br>                                           )<br>          Plaintiffs.             )<br>                                           )<br>v.                                     )<br>                                           )<br>THE DISTRICT OF COLUMBIA, et al.   )<br>                                           )<br>          Defendants.           )<br>                                           ) | Case No.  1:14-cv-1316 (RBW) |

**PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 34, Plaintiffs' propound this First Set of Requests for Production of Documents on each and all Defendants in the above-captioned matter. As per Rule 34(b)(2)(A), responses are due from each Defendant within 30 days, on January 7, 2015. Defendants should serve their responses by electronic mail to Alec Karakatsanis at alec@equaljusticeunderlaw.org and Phil Telfeyan at ptelfeyan@equaljusticeunderlaw.org. To the extent documents are available in their native electronic format (i.e., Word, Excel, etc.), Plaintiffs request that the documents be provided in native format. Documents not available in native electronic format can be produced in PDF format.

**Definitions**

1. "Document(s)," as used in this Request for Production of Documents, means any and all manner of written, typed, printed, reproduced, filmed, e-mailed, or recorded material, and all photographs, pictures, plans, or other representations of any kind pertaining, describing, referring or relating, directly or indirectly, in whole or in part, to the subject matter of the document request, and the term includes, without limitation:

(a) Papers, books, journals, ledgers, statements, memoranda, reports, invoices, work sheets, work papers, notes, transcriptions of notes, letters, correspondence, e-mails, abstracts, checks, diagrams, pictures, drawings, films, photographs, photographic negatives, graphic representations, diaries, calendars, desk calendars, pocket calendars, lists, logs, publications, advertisements, instructions, minutes, orders, purchase orders, messages, tax records, papers filed in court, insurance papers, summaries, agreements, contracts, telegrams, telexes, cables, recordings, audio tapes, magnetic tapes, video tapes, computer disks or files, CD-Rom, transcriptions of tapes or recordings, or any other writings or tangible things on which any handwriting, typing, printing, photostatic, or other forms of communication are recorded or reproduced, as well as all notations on the foregoing;

(b) All copies not identical to the original; and

(c) All drafts and notes, whether typed, handwritten or otherwise, made or prepared in connection with the document requested, whether used or not.

2. The phrase "relating to" shall mean mentioning, reflecting, containing, consisting of, referring, or relating to the subject matter of the specific request.

## DOCUMENTS REQUESTED

1. Any documents — including "roll call" sheets and any other records — that identify or that could help to identify the officers participating in the events described in the Complaint, including the stops, seizures, arrests, and searches that occurred at the Plaintiffs' home or that were related to the events described in the Complaint.

                                            Respectfully submitted,

                                            */s/ Alec Karakatsanis*_____

        Alec Karakatsanis (D.C. Bar No. 999294)
        Phil Telfeyan
        Equal Justice Under Law
        916 G Street NW #701
        Washington, D.C. 20001
        (202) 681-2409
        alec@equaljusticeunderlaw.org
        ptelfeyan@equaljusticeunderlaw.org
        *Attorney for the Plaintiffs*