UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLA LANE, *et al.*, | ) |
| | ) |
| | ) Civil Action No.: 1:14-cv-01316 (RDM) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT MOTION TO CONTINUE MEDIATION**

The Parties move the Court for an Order continuing the October 28, 2016 status conference. *See* Fed. R. Civ. P. 6(b). The grounds for this motion are more fully set forth in the accompanying Memorandum of Points and Authorities incorporated herein by reference. A proposed order is attached for the Court's consideration.

    Respectfully submitted,

    KARL A. RACINE
    Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Michael Addo*
    *MICHAEL ADDO [1008971]*
    *Chief, Civil Litigation Division Section IV*

    */s/ Aaron J. Finkhousen*
    AARON J. FINKHOUSEN [1010044]
    Assistant Attorney General
    Office of the Attorney General
    441 Fourth Street, NW, 6th Floor-North

Washington, D.C. 20001
(202) 724-7334
(202) 730-0493 (fax)
aaron.finkhousen@dc.gov

*Counsel for Defendants*

*/s/ Alec George Karakatsanis*
Alec George Karakatsanis
Civil Rights Corps
916 G Street, NW
Suite 701
Washington, DC 20001
(202) 681-2409
Email: alec@civilrightscorps.org
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

*/s/ Katherine Hubbard*
Katherine Hubbard
CIVIL RIGHTS CORPS
916 G Street, NW
Suite 701
Washington, DC 20001
(202) 930-3835
Email: katherine@civilrightscorps.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLA LANE, *et al.*, | ) |
| | ) |
| | ) Civil Action No.: 1:14-cv-01316 (RDM) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES

The Parties move the Court for an Order continuing the October 28, 2016 status conference. *See* Fed. R. Civ. P. 6(b).

This case alleges that Defendants violated Plaintiffs' constitutional rights through the application for and execution of a search warrant. Plaintiffs' counsel has filed several similar cases bringing similar claims against the District of Columbia and some of its officers. The parties are currently engaged in efforts to settle all of these cases. The parties have agreed to stay the remaining cases in an effort to focus on settlement.

Consequently, and in an effort to encourage settlement, the parties ask the Court to continue the October 28, 2016 hearing. The parties propose setting the hearing for December 6, 2016, December 7, 2016, or December 8, 2016. For these reasons, the Court should continue the October 28, 2016 status conference.

                                                Respectfully submitted,

                                                KARL A. RACINE
                                                Attorney General for the District of Columbia

2

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Michael Addo*
        MICHAEL ADDO [1008971]
        Chief, Civil Litigation Division Section IV

        */s/ Aaron J. Finkhousen*
        AARON J. FINKHOUSEN [1010044]
        Assistant Attorney General
        Office of the Attorney General
        441 Fourth Street, NW, 6th Floor-North
        Washington, D.C. 20001
        (202) 724-7334 (phone)
        (202) 730-0493 (fax)
        E-mail: aaron.finkhousen@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELLA LANE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No.: 1:14-cv-01316 (RDM) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**UPON CONSIDERATION** of the Parties' Joint Motion to Continue the October 28, 2016 status conference, the entire record in this matter, and finding good cause shown, it is hereby **ORDERED** that the October 28, 2016 Mediation is **CONTINUED TO** December ___, 2016 at _____ o'clock in Courtroom ___.

Judge Randolph D. Moss
United States District Court
for the District of Colmbia