UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLA LANE, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA, ET AL.,**<br><br>Defendants. | CA: 14-cv-1316 (RDM) |

## STIPULATION OF DISMISSAL

The Parties stipulate to the dismissal with prejudice of the claims against John Wright, Timothy Haseldon, Sydney Wright, Katherine Skaluba, Sarah Hoffman, David Wildey, and John Doe Officers 1-10. Fed. R. Civ. P. 41(a).

Respectfully submitted,

| | |
|---|---|
| */s/ Katherine Hubbard* | KARL A. RACINE |
| Katherine Hubbard (California Bar No. 302729, admitted to practice under local rule 83.2(g)) | Attorney General for the District of Columbia |
| Alec Karakatsanis (D.C. Bar No. 999294) | GEORGE C. VALENTINE |
| Civil Rights Corps | Deputy Attorney General |
| 916 G Street NW | Civil Litigation Division |
| Washington, D.C. 20001 | |
| (202) 681-2409 | */s/ Michael Addo* |
| katherine@civilrightscorps.org | MICHAEL ADDO [1008971] |
| alec@civilrightscorps.org | Chief, Civil Litigation Division Section IV |
| *Attorneys for Plaintiff* | */s/ Robert A. DeBerardinis, Jr.* |
| | ROBERT A. DEBERARDINIS, JR. [#335976] |
| | Assistant Attorney General |
| | 441 Fourth Street, N.W. |
| | Sixth Floor South |
| | Washington, DC 20001 |
| | (202) 724-6642; (202) 741-8895 (fax) |
| | Robert.deberardinis@dc.gov |

                */s/ Aaron J. Finkhousen*
Aaron J. Finkhousen [1010044]
Assistant Attorney General
Suite 630 South
441 Fourth Street, NW
Washington, D.C.  20001
(202) 724-7334
(202) 730-0493 (fax)
aaron.finkhousen@dc.gov

*Counsel for Defendant*